UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LYNN PATRICK and THOMAS KRAFT**                               **PLAINTIFFS**

**V.**                                       **CIVIL ACTION NO.1:06CV725 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,**
**CATHY ADAMS MASON, and JOHN WILDSMITH**             **DEFENDANTS**

ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the defendants' motion to strike the affidavit of Thomas Krafft [32] is hereby **DENIED**;

That the motion [2] of Defendant Cathy Adams Mason to dismiss or for summary judgment is hereby **DENIED**.

That the plaintiffs' motion to remand [12] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Harrison County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which is was removed; and

**SO ORDERED** this 23rd day of April, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE